FRANK CASTLEMAN, *Respondent, v.* JOSEPH M. SIMPSON and another, *Appellants.* — Judgment reversed and a new trial ordered before another referee, costs to abide event, unless plaintiff shall stipulate to modify the judgment by making the sum to be paid by the plaintiff to the defendant, J. M. Simpson, fifty-two dollars and eighteen cents, instead of thirty-two dollars and eighteen

cents, and in that case the judgment, as so modified, affirmed, with costs to the respondent. Opinion by SMITH, P. J.